IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW T. SIMMONS,

    Plaintiff,

v.                                                      4:23cv384–WS/MJF

RICKY D. DIXON, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 26) docketed February 20, 2024. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to comply with court orders and for failure to timely pay the full initial partial filing fee of $22.38. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 26) is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to comply with court orders and for failure to timely and fully pay the initial filing fee.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __21st__ day of __March__, 2024.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE